Exhibit A

## MUTUAL ARBITRATION AGREEMENT

This Mutual Arbitration Agreement ("Agreement") is entered into between Whaleco Inc. ("Employer") and the employee named below ("Employee"). Employer and Employee may be collectively referred to herein as "Parties" and each may be referred to individually as a "Party."

### Claims Covered by the Agreement

The Parties agree to arbitrate before a neutral arbitrator any and all existing or future disputes or claims between the Parties, that arise out of or relate to Employee's recruitment, employment or separation from employment with Employer, including claims involving any current or former officer, director, shareholder, agent or employee of Employer, whether the disputes or claims arise under common law, or in tort, contract, or pursuant to a statute, regulation, or ordinance now in existence or enacted or recognized in the future, including but not limited to claims for wages or other compensation due; disclosure of trade secrets; claims for breach of any contract or covenant (express or implied); tort claims; claims for discrimination (including, but not limited to, race, sex, religion, national origin, age, marital status, medical condition, handicap, disability or other protected characteristic under applicable discrimination law); claims for benefits other than those brought under the Employee Retirement Income Security Act ("ERISA"); and claims for violation of any federal, state or other governmental law, statute, regulation, ordinance or common law. This includes, but is not limited to, claims under the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Family and Medical Leave Act, the Fair Labor Standards Act, and all comparable laws.

Notwithstanding the above, the following disputes and claims are not covered by this Agreement and shall be resolved in an appropriate forum as required by the laws then in effect: claims for workers' compensation benefits, unemployment insurance, or state or federal disability insurance; claims for sexual assault or sexual harassment as those terms are defined in 9 U.S.C. § 401 that arose or accrued on or after March 3, 2022; claims under ERISA benefit plans; charges filed with the National Labor Relations Board; and any other dispute or claim that has been expressly excluded from arbitration by statute or cannot be arbitrated as a matter of applicable law.

Nothing in this Agreement should be interpreted as restricting or prohibiting Employee from filing a charge or complaint with the U.S. Equal Employment Opportunity Commission, the National Labor Relations Board, the Department of Labor, the Occupational Safety and Health Commission, or any other federal, state, or local administrative agency charged with investigating and/or prosecuting complaints under any applicable federal, state or municipal law or regulation (except that the parties acknowledge that the Employee may not recover any monetary benefits in connection with any such claim, charge or proceeding). However, any dispute or claim that is covered by this Agreement but not resolved through the federal, state, or local agency proceedings must be submitted to arbitration in accordance with this Agreement. In addition, to the extent permitted by applicable law, this Agreement does not preclude either Employee or Employer from seeking injunctive relief in a court of law.

If Employer or Employee pursue claims subject to this Agreement and claims that are excluded from this Agreement, then claims subject to this Agreement must be arbitrated and claims that are not subject to this Agreement must be litigated in court. In no event will claims subject to this Agreement be joined with claims not subject to this Agreement and litigated in court unless Employer and Employee both agree.

## Time To File Claims

Any demand for arbitration by either Employee or Employer shall be filed within the statute of limitation that is applicable to the claim(s) upon which arbitration is sought or required. Any failure to demand arbitration within this time frame and according to these rules shall constitute a waiver of all rights to raise any claims in any forum arising out of any dispute that was subject to arbitration.

## Class and Collective Action Waiver

Except to the extent governing law requires otherwise: (i) no claim may be brought or maintained on a class or collective basis either in court or in arbitration, notwithstanding the rules of the arbitral body; and (ii) the Parties expressly waive any right to submit, initiate, or participate as a plaintiff, claimant or member in a class action or collective action, regardless of whether the action is filed in arbitration or in court.

Claims asserted under the Private Attorneys General Act (PAGA) involving any violations suffered by a Party individually shall be arbitrated on an individual basis only. The parties agree that any non-individual claim asserted under PAGA involving any violations suffered by other individuals will be stayed pending the outcome of the arbitration involving any violations suffered by a Party individually.

Any issue concerning the validity of the class action or collective action waiver in this Agreement, and whether an action may proceed as a class or collective action, must be decided by a court, and an arbitrator shall not have authority to consider the issue of the validity of this waiver or whether the action may proceed as a class, collective or representative action. If for any reason this class action or collective action waiver is found to be unenforceable, the class action or collective action claim may only be heard in court and may not be arbitrated. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration.

## Final and Binding Arbitration

BY SIGNING THIS AGREEMENT, EACH PARTY EXPRESSLY WAIVES ANY AND ALL RIGHTS TO A TRIAL BEFORE A JUDGE AND/OR A JURY REGARDING ANY CURRENT AND FUTURE DISPUTES AND CLAIMS THAT ARE SUBJECT TO ARBITRATION UNDER THIS AGREEMENT. Each Party also understands and agrees that the arbitrator's decision will be final and binding on the Parties, subject to review on the grounds set forth in the Federal Arbitration Act ("FAA").

## Arbitration Procedures

The arbitration shall be conducted in accordance with the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association ("AAA"), including its Optional Rules for Emergency Measures of Protection, to the extent not inconsistent with the terms of this Agreement. Those rules shall not be construed to allow class, collective or representative arbitration. A court, rather than the arbitrator, shall decide class, collective and representative action related issues. The current version of the AAA rules is enclosed with this Agreement. The AAA rules also can be found at https://www.adr.org/sites/default/files/EmploymentRules_Web_2.pdf.

The arbitrator shall allow the discovery authorized under the Federal Rules of Civil Procedure or any other discovery required by state law in arbitration proceedings. Also, to the extent that any of the Employment Arbitration Rules and Mediation Procedures of the AAA or anything in this Agreement conflicts with any arbitration procedures required by law, the arbitration procedures required by law shall govern. Nothing in this Agreement shall relieve either Party from any obligation the Party may have to exhaust any administrative remedies before arbitrating any claims or disputes under this Agreement.

The Arbitrator shall have jurisdiction to hear and rule on pre-hearing disputes and is authorized to hold pre-hearing conferences by telephone or in person, as the Arbitrator deems necessary. The Arbitrator shall have the authority to entertain a motion to dismiss and/or a motion for summary judgment by either Party. Any award and opinion rendered by the Arbitrator shall be confidential and not available to the public.

## Place of Arbitration

The arbitration shall take place in Boston, Massachusetts, unless the Parties agree to another mutually convenient location.

## Costs of Arbitration

Employer shall pay the fees and costs billed or charged by AAA for any arbitration, except that Employee, if the Party initiating arbitration, shall pay the Employee's share of the filing fee set forth in the applicable AAA fee schedule. Each Party shall pay its own attorneys' fees incurred in connection with the arbitration, and the arbitrator will not have authority to award attorneys' fees unless a statute or contract at issue in the dispute authorizes the award of attorneys' fees to the prevailing party, in which case the arbitrator shall have the authority to make an award of attorneys' fees as required or permitted by applicable law.

## Arbitrator's Authority

The arbitrator may not (1) without the consent of all Parties, combine more than one individual's claim or claims into a single case, (2) participate in or facilitate notification of others of potential claims, or (3) arbitrate or preside over any form of a class, collective, or non-individual representative proceeding.

The arbitrator's authority shall be limited to deciding the case submitted by the Parties to the arbitration. Therefore, no decision by any arbitrator shall serve as precedent in other arbitrations except to preclude the same claim from being re-arbitrated between the same Parties.

The arbitrator shall apply the law applicable to the claim(s) asserted. The arbitrator shall not have the power to commit errors of law or legal reasoning, and the award may be vacated or corrected on appeal to a court of competent jurisdiction for any such error.

If a Party violates this Agreement by commencing an action asserting a claim in a court of law, then the court (and not an arbitrator) shall have the authority to resolve any disputes about the interpretation, formation, existence, enforceability, validity, and scope of this Agreement. However, if a Party complies with this Agreement and files for arbitration without filing a complaint in a court of law, then the arbitrator shall have the authority to resolve any disputes about the interpretation of this Agreement for purposes of discovery or the merits of the underlying claim, but shall have no authority to resolve any disputes about the formation, existence, enforceability, or validity of this Agreement.

## Written Awards

The arbitrator will issue to the Parties a written statement regarding the disposition of each claim and the relief, if any, awarded promptly after the proceedings. The arbitrator will also provide a written statement of the reasons for any award, stating the essential findings and conclusions on which it is based. The arbitrator will have the authority to grant any appropriate remedy that would be available under applicable law in a court proceeding, whether legal or equitable. The arbitrator will have no authority to extend, modify or suspend any of the provisions of this Agreement, unless a provision conflicts with applicable law. The arbitration shall be final and binding upon the Parties. Any judicial review of an arbitration written decision, including any petition to confirm an award, is dependent on applicable law.

## Severability

If any term or provision of this Agreement is declared by a court of competent jurisdiction to be invalid or unenforceable or to be contrary to public policy or any law, such a decision shall only be binding in the jurisdiction in which the decision was made. In addition, the remainder of this Agreement shall not be affected by such invalidity or unenforceability but shall remain in full force and effect, as if the invalid or unenforceable term or provision had not existed in this Agreement. If the waiver of class and collective action claims is found to be unenforceable despite this severability provision, then any claim brought on a class or collective action basis must be filed in a court of competent jurisdiction, and such court shall be the exclusive forum for such claims, but the portion of the waiver of class and collective claims that is enforceable shall be enforced in arbitration. Employer is engaged in interstate commerce; thus, interpretation and enforcement of this Agreement shall be governed by the substantive provisions of the Federal Arbitration Act ("FAA"). If for any reason the substantive provisions of the FAA do not apply, interpretation and enforcement of this Agreement shall be governed by the law of the state where Employee worked for Employer. Petitions to compel arbitration or to modify, confirm or vacate any award may be brought in any court of competent jurisdiction, under either the Federal Arbitration Act or under applicable state law.

4

## Consideration

The mutual promises by Employee and Employer to arbitrate claims, rather than litigate them before courts or other bodies, provide consideration for each other.

## Entire Agreement

This Agreement contains the entire agreement between the Parties regarding the subject of arbitration of disputes and supersedes any and all prior representations and agreements between the Parties.

## Not A Contract of Employment

This Agreement is not, and shall not be construed to create, any contract of employment, express or implied. Nor does this Agreement in any way alter the "at-will" status of Employee's employment.

I HAVE BEEN ADVISED TO CONSULT WITH AN ATTORNEY OF MY OWN CHOOSING BEFORE SIGNING THIS AGREEMENT, AND I HAVE HAD AN OPPORTUNITY TO DO SO. I HAVE READ THIS AGREEMENT CAREFULLY AND UNDERSTAND THAT BY SIGNING IT, I AM WAIVING ALL RIGHTS TO A TRIAL OR HEARING BEFORE A JUDGE OR JURY OF ANY AND ALL DISPUTES AND CLAIMS SUBJECT TO ARBITRATION UNDER THIS AGREEMENT.

EMPLOYEE

_____
Signature

_____SU RINCON_____
Print Name

Date: ___2/10/2025___


WHALECO INC.

_____
Signature        QIN SUN

_____
Print Name

Date: _02/24/2025_____

5